a

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SURAJ PAUDEL #A201755233,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-01071<br>SEC P |
| VERSUS | JUDGE JOSEPH |
| WILLIAM P BARR ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF Nos. 1, 5) filed by *pro se* Petitioner Suraj Paudel (A#201755233) ("Paudel"). Paudel is a detainee in the custody of United States Immigration and Customs Enforcement ("ICE"). At the time of filing, he was being detained at the LaSalle Correctional Center in Olla, Louisiana.

Because Paudel failed to comply with the Court's Order to amend his Petition (ECF No. 6), the Petition (ECF No. 1) should be DISMISSED WITHOUT PREJUDICE.

I. **Background**

Paudel alleges that he is a native and citizen of Nepal. ECF No. 1 at 7. Paudel alleges that he has been in post-removal order detention for more than six months and that his removal is unlikely to occur in the reasonably foreseeable future. ECF No. 1 at 6. Thus, Paudel alleges that his continued detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001). ECF No. 1 at 7.

1

Paudel was ordered to amend his Petition by December 30, 2020, to allege any reason why his removal to Nepal is unlikely to occur in the reasonably foreseeable future. ECF No. 6. Paudel was instructed to provide factual and evidentiary support for this conclusory allegation. *See id.*

## II.   Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action sua sponte. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Paudel has failed to comply with the Court's Order (ECF No. 6) to amend his Petition, and recent correspondence to Paudel has been returned to sender as undeliverable. ECF No. 7.

## III.   Conclusion

Because Paudel has failed to comply with the Court's Order (ECF No. 6), IT IS RECOMMENDED that the Petition (ECF No. 1) be DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and

Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Monday, January 4, 2021.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE