UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SURAJ PAUDEL,** Petitioner | **CIVIL DOCKET NO. 1:20-CV-01071-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WILLIAM P BARR, *ET AL*.,** Respondents | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF Nos. 1, 5) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers, this 21st day of January, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE